```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
           DIVISION OF ST. THOMAS AND ST. JOHN
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Crim. No. 15-32 |
| | ) | |
| v. | ) | |
| | ) | |
| **JAMILA FELIX,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ATTORNEYS:**

**Ronald Sharpe, United States Attorney**
**Delia L. Smith, AUSA**
United States Attorney's Office
St. Thomas, VI
    *For the United States of America,*

**George H. Hodge, Jr.**
St. Thomas, USVI
    *For defendant Jamila Felix.*

<u>**ORDER**</u>

On May 16, 2016, Jamila Felix was adjudged guilty of money laundering in violation of 18 U.S.C. § 1956. The Court currently does not find by "clear and convincing evidence that [she] is not likely to flee or pose a danger to any other person or the community." 18 U.S.C. § 3143(a)(2)(B).

The premises considered, it is hereby

United States v. Felix
Crim. No. 15-32
Order
Page 2

**ORDERED** that Jamila Felix is hereby **REMANDED** to the custody of the United States Marshals Service effective September 28, 2016 at 9:00 AM; it is further

**ORDERED** that at 9:00 AM on September 28, 2016, Jamila Felix shall report to the St. Thomas Office of the United States Marshals Service, District of the Virgin Islands located at the Ron deLugo Federal Building, 5500 Veterans Drive, St. Thomas; and it is further

**ORDERED** that the Chief Probation Officer for the District of the Virgin Islands, or his designee, shall notify Jamila Felix in person on September 27, 2016, of the existence and contents of this order.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**